# Order

Michigan Supreme Court
Lansing, Michigan

December 18, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137257

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

BRIAN SCOTT OETMAN,
          Defendant-Appellant.

SC: 137257
COA: 283574
Ottawa CC: 2007-031647-AR
58th DC: GH-07-000865-SD

_____/

On order of the Court, the application for leave to appeal the May 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

_____
Clerk

d1211